UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA AND STATESBORO DIVISIONS

| | |
|---|---|
| IN RE: | Case Nos.: |
| LEAVE OF ABSENCE REQUEST<br>ALEJANDRO V. PASCUAL, IV<br>February 5 through February 7, 2020;<br>February 10 through February 14, 2020;<br>and March 3 through March 6, 2020 | CR619-015, P. Davis<br>CR119-009, M. Murray<br>CR119-010, C. Urbina-Aleman<br>CR119-074, Q. LaCount<br>CR119-076, D. Streetman<br>CR119-088, R. Moore<br>CR119-091, C. Partin, et al.<br>CR119-092, D. Drexel, Jr.<br>CR119-098 L. Meminger, Jr.<br>CR119-108, B. Adams<br>CR119-111, R. Brown, et al.<br>CR119-114, C. Henderson, et al.<br>CR119-118, V. Camarena-Enriquez<br>CR119-123, B. Vazquez-Lopez<br>CR119-124, O. Velasquez-Velasquez<br>CR119-130, A. Harris<br>CR119-131, A. Williams<br>CR119-143, K. Boyd<br>CR119-144, A. Morris<br>CR119-145, A. Bell<br>CR119-146, D. Daggett<br>CR119-147, O. Rabadan<br>CR119-148, R. Newsome<br>CR119-163, S. Williams<br>CR119-164, L. Tagui-Angeles<br>CR119-165, J. Tagui-Angeles |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Alejandro V. Pascual, IV for the dates of February 5 through February 7, 2020; February 10 through February 14, 2020 and March 3 through March 6, 2020 for military duty with the Georgia Army National Guard; same is hereby GRANTED.

This 19th day of December, 2019.

_____
CHIEF JUDGE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA